IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Respondent,

v.                              CRIMINAL ACTION NO. 3:03-00099-01
                               CIVIL ACTION NO. 3:04-1224

ROBERT D. PARKS,

        Movant.

## ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the relief sought in this § 2255 proceeding be denied. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the relief sought in this § 2255 proceeding, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                    ENTER:        March 15, 2006

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE